[Dodefmao] [District Order Deficient Motion, Application or Objection]

ORDERED.

Dated: June 24, 2020

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Jerome Melvin Blumberg
aka Jerry Blumberg

_____Debtor*_____/

Case No.
8:20–bk–02876–CPM
Chapter 7

### ORDER ABATING REPORT AND NOTICE OF INTENTTION TO SELL PROPERTY OF THE ESTATE

THIS CASE came on for consideration, without hearing, of the Report and Notice of Intention to Sell Property of the Estate by the Chapter 7 Trustee , Doc. # 16 . After review, the Court determines that the report and notice , is deficient as follows:

Service upon all creditors on the matrix using a current mailing matrix obtained from the Clerk of Court is not indicated or the current mailing matrix obtained from the Clerk of Court was not attached. Fed. R. Bankr. P. 2002(a), Fed. R. Bankr. P. 3015(g) and Local Rule 9013–3(e).

Accordingly it is

**ORDERED:**

Consideration of the report and notice is abated until the deficiency is corrected. No additional filing fee will be assessed for the filing of any amended motion filed for the purposes of correcting the noted deficiency.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.