**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 20-02876-CPM | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | BLUMBERG, JEROME MELVIN | Date Filed (f) or Converted (c): | 04/02/2020 (f) |
| For the Period Ending: | 06/30/2020 | §341(a) Meeting Date: | 05/07/2020 |
| | | Claims Bar Date: | 07/09/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1432 Flower Drive Sarasota FL 34239-0000 | $967,000.00 | $500,607.32 | | $0.00 | FA |
| 2 | Make: Toyota Model: Prius Year: 2015 Mileage: 110,000 Other Information: Appraisal by R. Bonnell | $10,700.00 | $9,700.00 | | $0.00 | $10,700.00 |
| 3 | Make: Mercedes Benz Model: 350 SDL Year: 1991 Mileage: 180,000 Other Information: Appraisal by R. Bonnell | $700.00 | $700.00 | | $0.00 | $700.00 |
| 4 | Household goods and furnishings Appraisal by R. Bonnell | $3,300.00 | $2,410.00 | | $0.00 | $3,300.00 |
| 5 | Household goods and furnishings Appraisal by R. Bonnell | $720.00 | $720.00 | | $0.00 | $720.00 |
| 6 | Equipment for sports and hobbies Appraisal by R. Bonnell | $95.00 | $95.00 | | $0.00 | $95.00 |
| 7 | Clothes Appraisal by R. Bonnell | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Bracelet and Cufflinks | $10.00 | $10.00 | | $0.00 | $10.00 |
| 9 | 2 dogs and related accessories | $10.00 | $0.00 | | $0.00 | FA |
| 10 | Reading Glasses | $10.00 | $10.00 | | $0.00 | FA |
| 11 | Cash on hand | $20.00 | $20.00 | | $0.00 | $20.00 |
| 12 | Centennial Bank xxx4837 17.1. Checking Social Security Proceeds Only | $1,564.76 | $1,564.76 | | $0.00 | FA |
| 13 | Robert L. Blumberg Recovable Trust as Amended and Restated uta 09/22/1998 Contingent beneficial interest in father's spendthrift trust - Not property of the estate | Unknown | $0.00 | | $0.00 | FA |
| 14 | Theresa L. Blumberg Recovable Trust as Amended and Restated uta 10/05/2006 Contingent beneficial interest in deceased mother's spendthrift trust - Not property of the estate | Unknown | $0.00 | | $0.00 | FA |
| 15 | Series 7 - Inactive | Unknown | $0.00 | | $0.00 | FA |
| 16 | 2019 - Anticipated Tax Refund Federal | Unknown | $0.00 | | $0.00 | FA |

FORM 1
INDIGIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 20-02876-CPM | Trustee Name: | Beth Ann Scharrer |
| --- | --- | --- | --- |
| Case Name: | BLUMBERG, JEROME MELVIN | Date Filed (f) or Converted (c): | 04/02/2020 (f) |
| For the Period Ending: | 06/30/2020 | §341(a) Meeting Date: | 05/07/2020 |
| | | Claims Bar Date: | 07/09/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | 2020 - Anticipated Tax refund Federal | Unknown | $0.00 | | $0.00 | FA |
| 18 | Company name: United Healthcare, HOA Insurance, ; Beneficiary: Auto Insurance-Satternowner | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                                       **Gross Value of Remaining Assets**

$984,229.76        $515,837.08                $0.00        $15,545.00

**Major Activities affecting case closing:**
06/16/2020    Hiring auctioneer to sell vehicle.
06/01/2020    Made demand for turnover or buyback of non-exempt property.

**Initial Projected Date Of Final Report (TFR):**    04/15/2021    **Current Projected Date Of Final Report (TFR):**    /s/ BETH ANN SCHARRER
                                                                                                                              BETH ANN SCHARRER