IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Jerome Melvin Blumberg                 CASE NO. 8:20-bk-02876-CPM
                                       Chapter 7

           Debtor(s)
_____/

## REPORT OF SALE and BILL OF SALE

BETH ANN SCHARRER, the Trustee duly appointed and acting for the above-captioned estate, has sold the following property to Jerome M. Blumberg, 1432 Flower Dr., Sarasota, FL 34239, for a total of $3,500, receipt of which is hereby acknowledged:

| Asset | Description | Net Amount | Sale Amount |
|---|---|---|---|
| 3 | 1991 Mercedes Benz 350 (VIN: WDBDB35D2MA603437) | $700.00 | $550.00 |
| 4 | HHG | $2,410.00 | $2,332.00 |
| 5 | HHG | $720.00 | $500.00 |
| 6 | Sports/Hobby equipment | $95.00 | $90.00 |
| 8 | Jewelry | $10.00 | $8.00 |
| 11 | Cash | $20.00 | $20.00 |
|  |  | $3,955.00 | $3,500.00 |

/s/ Beth Ann Scharrer
Beth Ann Scharrer
PO Box 4550
Seminole, FL 33775-4550
(727) 392-8031