# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 8:20-BK-02876-CPM |
| | § | |
| JEROME MELVIN BLUMBERG | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/02/2020. The undersigned trustee was appointed on 04/02/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                            $10,500.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $932.50 |
    | Bank service fees | $106.73 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $9,460.77 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/09/2020 and the deadline for filing government claims was 09/29/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,800.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,800.00, for a total compensation of $1,800.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $95.93, for total expenses of $95.93.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/09/2021　　　　　　　　　　　By:　/s/ Beth Ann Scharrer
　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 20-02876-CPM | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | BLUMBERG, JEROME MELVIN | Date Filed (f) or Converted (c): | 04/02/2020 (f) |
| For the Period Ending: | 6/9/2021 | §341(a) Meeting Date: | 05/07/2020 |
| | | Claims Bar Date: | 07/09/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1432 Flower Drive Sarasota FL 34239-0000 | $967,000.00 | $500,607.32 | | $0.00 | FA |
| 2 | Make: Toyota Model: Prius Year: 2015 Mileage: 110,000 Other Information: Appraisal by R. Bonnell | $10,700.00 | $9,700.00 | | $7,000.00 | FA |
| 3 | Make: Mercedes Benz Model: 350 SDL Year: 1991 Mileage: 180,000 Other Information: Appraisal by R. Bonnell | $700.00 | $700.00 | | $550.00 | FA |
| 4 | Household goods and furnishings Appraisal by R. Bonnell | $3,300.00 | $2,410.00 | | $2,332.00 | FA |
| 5 | Household goods and furnishings Appraisal by R. Bonnell | $720.00 | $720.00 | | $500.00 | FA |
| 6 | Equipment for sports and hobbies Appraisal by R. Bonnell | $95.00 | $95.00 | | $90.00 | FA |
| 7 | Clothes Appraisal by R. Bonnell | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Bracelet and Cufflinks | $10.00 | $10.00 | | $8.00 | FA |
| 9 | 2 dogs and related accessories | $10.00 | $0.00 | | $0.00 | FA |
| 10 | Reading Glasses | $10.00 | $10.00 | | $0.00 | FA |
| 11 | Cash on hand | $20.00 | $20.00 | | $20.00 | FA |
| 12 | Centennial Bank xxx4837 17.1. Checking Social Security Proceeds Only | $1,564.76 | $1,564.76 | | $0.00 | FA |
| 13 | Robert L. Blumberg Recovable Trust as Amended and Restated uta 09/22/1998 Contingent beneficial interest in father's spendthrift trust - Not property of the estate | Unknown | $0.00 | | $0.00 | FA |
| 14 | Theresa L. Blumberg Recovable Trust as Amended and Restated uta 10/05/2006 Contingent beneficial interest in deceased mother's spendthrift trust - Not property of the estate | Unknown | $0.00 | | $0.00 | FA |
| 15 | Series 7 - Inactive | Unknown | $0.00 | | $0.00 | FA |
| 16 | 2019 - Anticipated Tax Refund Federal | Unknown | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2         Exhibit A

| Case No.: | 20-02876-CPM | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | BLUMBERG, JEROME MELVIN | Date Filed (f) or Converted (c): | 04/02/2020 (f) |
| For the Period Ending: | 6/9/2021 | §341(a) Meeting Date: | 05/07/2020 |
| | | Claims Bar Date: | 07/09/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | 2020 - Anticipated Tax refund Federal | Unknown | $0.00 | | $0.00 | FA |
| 18 | Company name: United Healthcare, HOA Insurance, ; Beneficiary: Auto Insurance-Satternowner | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

$984,229.76         $515,837.08         $10,500.00         $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 05/27/2021 | Report of Sale/Bill of Sale filed. |
| 05/11/2021 | Claims 3, 4 have been withdrawn. |
| 04/29/2021 | Debtor paid estate for remaining personal property.  To close case when negative notice time expires. |
| 04/23/2021 | Report and Notice of Intention to Sell Property of the Estate filed. |
| 04/22/2021 | Paid auctioneer fees/expenses. |
| 12/11/2020 | Filed Bill of Sale/Report of Sale re: auction of vehicle. |
| 12/07/2020 | Order approving auctioneer fees entered. |
| 12/02/2020 | Filed Application for Compensation for auctioneer. |
| 08/17/2020 | Received payment from sale of vehicle. |
| 06/16/2020 | Hiring auctioneer to sell vehicle. |
| 06/01/2020 | Made demand for turnover or buyback of non-exempt property. |

Initial Projected Date Of Final Report (TFR):   04/15/2021         Current Projected Date Of Final Report (TFR):   08/15/2021         /s/ BETH ANN SCHARRER

                                                                                                                    BETH ANN SCHARRER

**FORM 2**

Page No: 1       Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-02876-CPM | | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|---|
| Case Name: | BLUMBERG, JEROME MELVIN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5914 | | Checking Acct #: | ******0887 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/2/2020 | | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 6/9/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/17/2020 | | Bay Area Auction Service, Inc. | Payment per sale notice. Doc. 16. Applied Debtor's allowed exemption in vehicle ($1,000) to buyback of personal property per discussions with Debtor's atty. | * | $8,000.00 | | $8,000.00 |
| | {4} | | $1,000.00 | 1129-000 | | | $8,000.00 |
| | {2} | | $7,000.00 | 1129-000 | | | $8,000.00 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.50 | $7,988.50 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.87 | $7,976.63 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.47 | $7,965.16 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.83 | $7,953.33 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.82 | $7,941.51 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $10.66 | $7,930.85 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.78 | $7,919.07 |
| 04/22/2021 | 101 | Bay Area Auction Services, Inc. | Auctioneer fees. Doc. 39 | 3610-000 | | $400.00 | $7,519.07 |
| 04/22/2021 | 102 | Bay Area Auction Services, Inc. | Auctioneer expenses. Doc. 39 | 3620-000 | | $532.50 | $6,986.57 |
| 04/29/2021 | | Jerry Blumberg | Payment for buyback of personal property. Doc. 42. | * | $2,500.00 | | $9,486.57 |
| | {4} | | $1,332.00 | 1129-000 | | | $9,486.57 |
| | {3} | | $550.00 | 1129-000 | | | $9,486.57 |
| | {5} | | $500.00 | 1129-000 | | | $9,486.57 |
| | {6} | | $90.00 | 1129-000 | | | $9,486.57 |
| | {8} | | $8.00 | 1129-000 | | | $9,486.57 |
| | {11} | | $20.00 | 1129-000 | | | $9,486.57 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.72 | $9,474.85 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.08 | $9,460.77 |

|  |  |  | SUBTOTALS | $10,500.00 | $1,039.23 |
|---|---|---|---|---|---|

**FORM 2**

Page No: 2    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-02876-CPM | | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|---|
| Case Name: | BLUMBERG, JEROME MELVIN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5914 | | Checking Acct #: | ******0887 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/2/2020 | | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 6/9/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $10,500.00 | $1,039.23 | $9,460.77 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,500.00 | $1,039.23 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $10,500.00 | $1,039.23 | |

| For the period of 4/2/2020 to 6/9/2021 | | For the entire history of the account between 08/17/2020 to 6/9/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,500.00 | Total Compensable Receipts: | $10,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,500.00 | Total Comp/Non Comp Receipts: | $10,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,039.23 | Total Compensable Disbursements: | $1,039.23 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,039.23 | Total Comp/Non Comp Disbursements: | $1,039.23 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3      Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-02876-CPM | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | BLUMBERG, JEROME MELVIN | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5914 | Checking Acct #: | ******0887 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/2/2020 | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 6/9/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $10,500.00 | $1,039.23 | $9,460.77 |

| **For the period of 4/2/2020 to 6/9/2021** | | **For the entire history of the case between 04/02/2020 to 6/9/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $10,500.00 | Total Compensable Receipts: | $10,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,500.00 | Total Comp/Non Comp Receipts: | $10,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,039.23 | Total Compensable Disbursements: | $1,039.23 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,039.23 | Total Comp/Non Comp Disbursements: | $1,039.23 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ BETH ANN SCHARRER

BETH ANN SCHARRER

| Case No.: | 20-02876-CPM | | | | Trustee Name: | Beth Ann Scharrer |
| Case Name: | BLUMBERG, JEROME MELVIN | | | | Date: | 6/9/2021 |
| Claims Bar Date: | 07/09/2020 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BETH ANN SCHARRER<br><br>PO Box 4550<br>Seminole FL 33775-4550 | 06/23/2020 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $95.93 | $95.93 | $0.00 | $0.00 | $0.00 | $95.93 |
| | BAY AREA AUCTION SERVICES, INC.<br><br>8010 U.S. 19 N.<br>Pinellas Park FL 33781 | 12/02/2020 | Auctioneer for Trustee Fees (including buyers premiums) | Allowed | 3610-000 | $0.00 | $400.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 |
| | BAY AREA AUCTION SERVICES, INC.<br>8010 U.S. 19 N.<br>Pinellas Park FL 33781 | 12/02/2020 | Auctioneer for Trustee Expenses | Allowed | 3620-000 | $0.00 | $532.50 | $532.50 | $532.50 | $0.00 | $0.00 | $0.00 |
| | BETH ANN SCHARRER<br><br>PO Box 4550<br>Seminole FL 33775-4550 | 04/29/2021 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,800.00 | $1,800.00 | $0.00 | $0.00 | $0.00 | $1,800.00 |
| 1 | SARASOTA COUNTY<br><br>Tax Collector<br>Barbara Ford-Coates<br>101 S. Washington Blvd.<br>Sarasota FL 34236 | 04/22/2020 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $6,170.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BB&T NOW TRUIST, BANKRUPTCY MANAGEMENT<br><br>100-50-01-51<br>P.O. Box 1847<br>Wilson NC 27894 | 04/24/2020 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $5,685,529.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A.<br>P O Box 982284<br>El Paso TX 79998-2238 | 04/30/2020 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $19,383.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Claim Notes:    Claim withdrawn. Doc. 43.

CLAIM ANALYSIS REPORT

Page No: 2        Exhibit C

| Case No.: | 20-02876-CPM | | | | | | | | Trustee Name: | | Beth Ann Scharrer |
| Case Name: | BLUMBERG, JEROME MELVIN | | | | | | | | Date: | | 6/9/2021 |
| Claims Bar Date: | 07/09/2020 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | BANK OF AMERICA, N.A.<br>P O Box 982284<br>El Paso TX 79998-2238 | 05/01/2020 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $53,455.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Claim withdrawn.  Doc. 45. | | | | | | | | | | | |
| 5 | EDGEFIELD HOLDINGS, LLC<br>c/o Stephen P. Drobny<br>201 Biscayne Blvd., Suite 2600<br>Miami FL 33131 | 05/07/2020 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $640,786.61 | $640,786.61 | $0.00 | $0.00 | $0.00 | $640,786.61 |
| **Claim Notes:** | Judgment | | | | | | | | | | | |
| 6 | BANK OF AMERICA, N.A<br><br>Troutman Pepper Hamilton Sanders LLP<br>Attn: Matthew G. Roberts, Esq.<br>600 Peachtree St. NE, Suite 3000<br>Atlanta GA 30308 | 07/08/2020 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $253,529.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $6,661,683.79 | $643,615.04 | $932.50 | $0.00 | $0.00 | $642,682.54 | |

## CLAIM ANALYSIS REPORT

Page No: 3     Exhibit C

| | |
|---|---|
| **Case No.** 20-02876-CPM | **Trustee Name:** Beth Ann Scharrer |
| **Case Name:** BLUMBERG, JEROME MELVIN | **Date:** 6/9/2021 |
| **Claims Bar Date:** 07/09/2020 | |

### CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Auctioneer for Trustee Expenses | $532.50 | $532.50 | $532.50 | $0.00 | $0.00 | $0.00 |
| Auctioneer for Trustee Fees (including buyers premiums) | $400.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $713,625.59 | $640,786.61 | $0.00 | $0.00 | $0.00 | $640,786.61 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $5,945,229.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,800.00 | $1,800.00 | $0.00 | $0.00 | $0.00 | $1,800.00 |
| Trustee Expenses | $95.93 | $95.93 | $0.00 | $0.00 | $0.00 | $95.93 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:  8:20-BK-02876-CPM
Case Name:  JEROME MELVIN BLUMBERG
Trustee Name:  Beth Ann Scharrer

Balance on hand: $9,460.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Sarasota County | $6,170.74 | $0.00 | $0.00 | $0.00 |
| 2 | BB&T now Truist, Bankruptcy Management | $5,685,529.07 | $0.00 | $0.00 | $0.00 |
| 6 | Bank of America, N.A | $253,529.96 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $9,460.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Beth Ann Scharrer, Trustee Fees | $1,800.00 | $0.00 | $1,800.00 |
| Beth Ann Scharrer, Trustee Expenses | $95.93 | $0.00 | $95.93 |
| Bay Area Auction Services, Inc., Auctioneer for Trustee Fees | $400.00 | $400.00 | $0.00 |
| Bay Area Auction Services, Inc., Auctioneer for Trustee Expenses | $532.50 | $532.50 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $1,895.93
Remaining balance: $7,564.84

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Remaining balance: | $7,564.84 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $7,564.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $640,786.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 5 | Edgefield Holdings, LLC | $640,786.61 | $0.00 | $7,564.84 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $7,564.84 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**