UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| In re: | § | Case No. 8:20-BK-02876-CPM |
|---|---|---|
| | § | |
| JEROME MELVIN BLUMBERG | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Beth Ann Scharrer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $968,574.76 | Assets Exempt: | $2,000.00 |
| Total Distributions to Claimants: | $7,564.84 | Claims Discharged Without Payment: | $804,607.77 |
| Total Expenses of Administration: | $2,935.16 | | |

3) Total gross receipts of $10,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $10,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $5,015,403.04 | $5,945,229.77 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,935.16 | $2,935.16 | $2,935.16 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $171,386.00 | $713,625.59 | $640,786.61 | $7,564.84 |
| **Total Disbursements** | $5,186,789.04 | $6,661,790.52 | $643,721.77 | $10,500.00 |

4). This case was originally filed under chapter 7 on 04/02/2020. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/07/2021     By:  /s/ Beth Ann Scharrer
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Bracelet and Cufflinks | 1129-000 | $8.00 |
| Cash on hand | 1129-000 | $20.00 |
| Equipment for sports and hobbies Appraisal by R. Bonnell | 1129-000 | $90.00 |
| Household goods and furnishings Appraisal by R. Bonnell | 1129-000 | $2,332.00 |
| Household goods and furnishings Appraisal by R. Bonnell | 1129-000 | $500.00 |
| Make: Mercedes Benz Model: 350 SDL Year: 1991 Mileage: 180,000 Other Information: Appraisal by R. Bonnell | 1129-000 | $550.00 |
| Make: Toyota Model: Prius Year: 2015 Mileage: 110,000 Other Information: Appraisal by R. Bonnell | 1129-000 | $7,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,500.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sarasota County | 4110-000 | $0.00 | $6,170.74 | $0.00 | $0.00 |
| 2 | BB&T now Truist, Bankruptcy Management | 4110-000 | $0.00 | $5,685,529.07 | $0.00 | $0.00 |
| 6 | Bank of America, N.A | 4110-000 | $0.00 | $253,529.96 | $0.00 | $0.00 |
|   | Bank of America | 4110-000 | $245,412.12 | $0.00 | $0.00 | $0.00 |
|   | Edgefield Holdings, LLC | 4110-000 | $466,392.68 | $0.00 | $0.00 | $0.00 |
|   | Branch Banking and Trust Co | 4110-000 | $4,303,598.24 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $5,015,403.04 | $5,945,229.77 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $1,800.00 | $1,800.00 | $1,800.00 |
| Claim Amount, | 2200-000 | NA | $95.93 | $95.93 | $95.93 |

UST Form 101-7-TDR (10/1/2010)

| Trustee | | | | | |
|---|---|---|---|---|---|
| Pinnacle Bank | 2600-000 | NA | $106.73 | $106.73 | $106.73 |
| Bay Area Auction Services, Inc., Auctioneer for Trustee | 3610-000 | NA | $400.00 | $400.00 | $400.00 |
| Bay Area Auction Services, Inc., Auctioneer for Trustee | 3620-000 | NA | $532.50 | $532.50 | $532.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,935.16 | $2,935.16 | $2,935.16 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Florida Dep't of Rev. | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | IRS | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Manatee County Tax Collector | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sarasota County | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Bank of America, N.A. | 7100-000 | $0.00 | $19,383.86 | $0.00 | $0.00 |
| 4 | Bank of America, N.A. | 7100-000 | $0.00 | $53,455.12 | $0.00 | $0.00 |
| 5 | Edgefield Holdings, LLC | 7100-000 | $0.00 | $640,786.61 | $640,786.61 | $7,564.84 |
| | Albert A. Sanchez Jr. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Amex | 7100-000 | $26,545.00 | $0.00 | $0.00 | $0.00 |
| | Amex | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $19,383.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | FCU | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Robert L. Blumberg, TTEE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| | Suntrust Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Theresa L. Blumber, TTEE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Bank NA | 7100-000 | $125,000.00 | $0.00 | $0.00 | $0.00 |
| | World Omni Financial Corp. | 7100-000 | $458.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $171,386.00 | $713,625.59 | $640,786.61 | $7,564.84 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1     Exhibit 8

| Case No.: | 20-02876-CPM | Trustee Name: | Beth Ann Scharrer |
| Case Name: | BLUMBERG, JEROME MELVIN | Date Filed (f) or Converted (c): | 04/02/2020 (f) |
| For the Period Ending: | 9/7/2021 | §341(a) Meeting Date: | 05/07/2020 |
| | | Claims Bar Date: | 07/09/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1432 Flower Drive Sarasota FL 34239-0000 | $967,000.00 | $500,607.32 | | $0.00 | FA |
| 2 | Make: Toyota Model: Prius Year: 2015 Mileage: 110,000 Other Information: Appraisal by R. Bonnell | $10,700.00 | $9,700.00 | | $7,000.00 | FA |
| 3 | Make: Mercedes Benz Model: 350 SDL Year: 1991 Mileage: 180,000 Other Information: Appraisal by R. Bonnell | $700.00 | $700.00 | | $550.00 | FA |
| 4 | Household goods and furnishings Appraisal by R. Bonnell | $3,300.00 | $2,410.00 | | $2,332.00 | FA |
| 5 | Household goods and furnishings Appraisal by R. Bonnell | $720.00 | $720.00 | | $500.00 | FA |
| 6 | Equipment for sports and hobbies Appraisal by R. Bonnell | $95.00 | $95.00 | | $90.00 | FA |
| 7 | Clothes Appraisal by R. Bonnell | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Bracelet and Cufflinks | $10.00 | $10.00 | | $8.00 | FA |
| 9 | 2 dogs and related accessories | $10.00 | $0.00 | | $0.00 | FA |
| 10 | Reading Glasses | $10.00 | $10.00 | | $0.00 | FA |
| 11 | Cash on hand | $20.00 | $20.00 | | $20.00 | FA |
| 12 | Centennial Bank xxx4837 17.1. Checking Social Security Proceeds Only | $1,564.76 | $1,564.76 | | $0.00 | FA |
| 13 | Robert L. Blumberg Recovable Trust as Amended and Restated uta 09/22/1998 Contingent beneficial interest in father's spendthrift trust - Not property of the estate | Unknown | $0.00 | | $0.00 | FA |
| 14 | Theresa L. Blumberg Recovable Trust as Amended and Restated uta 10/05/2006 Contingent beneficial interest in deceased mother's spendthrift trust - Not property of the estate | Unknown | $0.00 | | $0.00 | FA |
| 15 | Series 7 - Inactive | Unknown | $0.00 | | $0.00 | FA |
| 16 | 2019 - Anticipated Tax Refund Federal | Unknown | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2                Exhibit 8

| Case No.: | 20-02876-CPM | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | BLUMBERG, JEROME MELVIN | Date Filed (f) or Converted (c): | 04/02/2020 (f) |
| For the Period Ending: | 9/7/2021 | §341(a) Meeting Date: | 05/07/2020 |
| | | Claims Bar Date: | 07/09/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | 2020 - Anticipated Tax refund Federal | Unknown | $0.00 | | $0.00 | FA |
| 18 | Company name: United Healthcare, HOA Insurance, ; Beneficiary: Auto Insurance-Satternowner | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                **Gross Value of Remaining Assets**
                                      $984,229.76                    $515,837.08                                         $10,500.00                                $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 05/27/2021 | Report of Sale/Bill of Sale filed. |
| 05/11/2021 | Claims 3, 4 have been withdrawn. |
| 04/29/2021 | Debtor paid estate for remaining personal property.  To close case when negative notice time expires. |
| 04/23/2021 | Report and Notice of Intention to Sell Property of the Estate filed. |
| 04/22/2021 | Paid auctioneer fees/expenses. |
| 12/11/2020 | Filed Bill of Sale/Report of Sale re: auction of vehicle. |
| 12/07/2020 | Order approving auctioneer fees entered. |
| 12/02/2020 | Filed Application for Compensation for auctioneer. |
| 08/17/2020 | Received payment from sale of vehicle. |
| 06/16/2020 | Hiring auctioneer to sell vehicle. |
| 06/01/2020 | Made demand for turnover or buyback of non-exempt property. |

| Initial Projected Date Of Final Report (TFR): | 04/15/2021 | Current Projected Date Of Final Report (TFR): | 08/15/2021 | /s/ BETH ANN SCHARRER |
|---|---|---|---|---|
| | | | | BETH ANN SCHARRER |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-02876-CPM | | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|---|
| Case Name: | BLUMBERG, JEROME MELVIN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5914 | | Checking Acct #: | ******0887 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/2/2020 | | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 9/7/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/17/2020 | | Bay Area Auction Service, Inc. | Payment per sale notice. Doc. 16. Applied Debtor's allowed exemption in vehicle ($1,000) to buyback of personal property per discussions with Debtor's atty. | * | $8,000.00 | | $8,000.00 |
| | {4} | | $1,000.00 | 1129-000 | | | $8,000.00 |
| | {2} | | $7,000.00 | 1129-000 | | | $8,000.00 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.50 | $7,988.50 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.87 | $7,976.63 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.47 | $7,965.16 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.83 | $7,953.33 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.82 | $7,941.51 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $10.66 | $7,930.85 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.78 | $7,919.07 |
| 04/22/2021 | 101 | Bay Area Auction Services, Inc. | Auctioneer fees. Doc. 39 | 3610-000 | | $400.00 | $7,519.07 |
| 04/22/2021 | 102 | Bay Area Auction Services, Inc. | Auctioneer expenses. Doc. 39 | 3620-000 | | $532.50 | $6,986.57 |
| 04/29/2021 | | Jerry Blumberg | Payment for buyback of personal property. Doc. 42. | * | $2,500.00 | | $9,486.57 |
| | {4} | | $1,332.00 | 1129-000 | | | $9,486.57 |
| | {3} | | $550.00 | 1129-000 | | | $9,486.57 |
| | {5} | | $500.00 | 1129-000 | | | $9,486.57 |
| | {6} | | $90.00 | 1129-000 | | | $9,486.57 |
| | {8} | | $8.00 | 1129-000 | | | $9,486.57 |
| | {11} | | $20.00 | 1129-000 | | | $9,486.57 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.72 | $9,474.85 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.08 | $9,460.77 |
| 08/02/2021 | 103 | Beth Ann Scharrer | Trustee Compensation Trustee Expenses | * | | $1,895.93 | $7,564.84 |
| | | | Claim Amount  $(1,800.00) | 2100-000 | | | $7,564.84 |
| | | | Claim Amount  $(95.93) | 2200-000 | | | $7,564.84 |
| 08/02/2021 | 104 | Edgefield Holdings, LLC, c/o Dan Gower | Claim #: 5; Account Number: ; Distribution Dividend: 1.18; | 7100-000 | | $7,564.84 | $0.00 |

| | | | | SUBTOTALS | $10,500.00 | $10,500.00 | |

**FORM 2**

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-02876-CPM | |
| **Case Name:** | BLUMBERG, JEROME MELVIN | |
| **Primary Taxpayer ID #:** | **-***5914 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/2/2020 | |
| **For Period Ending:** | 9/7/2021 | |

| | |
|---|---|
| **Trustee Name:** | Beth Ann Scharrer |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0887 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $24,397,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $10,500.00 | $10,500.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,500.00 | $10,500.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $10,500.00 | $10,500.00 | |

| **For the period of 4/2/2020 to 9/7/2021** | | **For the entire history of the account between 08/17/2020 to 9/7/2021** | |
|---|---:|---|---:|
| Total Compensable Receipts: | $10,500.00 | Total Compensable Receipts: | $10,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,500.00 | Total Comp/Non Comp Receipts: | $10,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,500.00 | Total Compensable Disbursements: | $10,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,500.00 | Total Comp/Non Comp Disbursements: | $10,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 20-02876-CPM | Trustee Name: | Beth Ann Scharrer |
| Case Name: | BLUMBERG, JEROME MELVIN | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5914 | Checking Acct #: | ******0887 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/2/2020 | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 9/7/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|   | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|   |   | $10,500.00 | $10,500.00 | $0.00 |

| For the period of 4/2/2020 to 9/7/2021 | | For the entire history of the case between 04/02/2020 to 9/7/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,500.00 | Total Compensable Receipts: | $10,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,500.00 | Total Comp/Non Comp Receipts: | $10,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,500.00 | Total Compensable Disbursements: | $10,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,500.00 | Total Comp/Non Comp Disbursements: | $10,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ BETH ANN SCHARRER

BETH ANN SCHARRER